UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 1:24-cr-20097 |
| Plaintiff, | Judge: Ludington, Thomas L. |
| | MJ: Morris, Patricia T. |
| v. | Filed: 02-28-2024 |
| REMINGTON PECK-SKILLMAN, | Violations: |
| | 26 U.S.C. § 5861(d) |
| Defendant. | 26 U.S.C. § 5861(i) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession of an Unregistered Destructive Device**
**26 U.S.C. §§ 5861(d) and 5871**

On or about January 28, 2024, in the Eastern District of Michigan, REMINGTON PECK-SKILLMAN, knowingly possessed, a firearm, that is, a destructive device as defined in 26 U.S.C. § 5845(f), specifically an improvised explosive bomb, in violation of Title 26, United States Code, Sections 5861(d), and 5871.

## COUNT TWO
### Possession of a Destructive Device Unidentified by Serial Number
### 26 U.S.C. §§ 5861(i) and 5871

On or about January 28, 2024, in the Eastern District of Michigan, REMINGTON PECK-SKILLMAN, knowingly possessed a firearm, that is, a destructive device as defined in 26 U.S.C. § 5845(f), specifically an improvised explosive bomb, not identified by a serial number as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

## FORFEITURE ALLEGATION

The allegations contained in Count One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count One and/or Two of this Indictment, REMINGTON PECK-SKILLMAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to two improvised explosive bombs.

Dated: February 28, 2024

DAWN N. ISON
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/William Orr
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747Flint,
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:24-cr-20097
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 02-28-2024

**Case Title:** USA v. Remington Peck-Skillman

**County where offense occurred:** Saginaw

**Check One:**  X Felony    __ Misdemeanor    __ Petty

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint []
_____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  February 28, 2024

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:  Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.