UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REMINGTON PECK-SKILLMAN,

    Defendant.

Case No. 24-cr-20097
Judge Thomas L. Ludington
Magistrate Patricia T. Morris

_____

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant Remington Peck-Skillman, and states:

1. Defendant is charged in this case with possession of an unregistered destructive device and possession of a destructive device unidentified by serial number.

2. Defendant is currently incarcerated at Saginaw County Jail, Saginaw, Michigan, in connection with a different case and is in the custody of the Saginaw County Sheriff.

3. Defendant's initial appearance has been scheduled for **March 12, 2024, at 1:30 p.m.** before U.S. Magistrate Judge Patricia T. Morris at the federal courthouse, 1000 Washington Avenue, Bay City, Michigan. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

1

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer to produce Remington Peck-Skillman before the judicial officer and at the place and time stated above, or any date thereafter as scheduled by the court.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

Dated: February 29, 2024 `         s/William Orr
        Assistant United States Attorney
        101 First St., Ste. 200
        Bay City, MI   48708
        Telephone:  989-895-5712
        Email: William.Orr@usdoj.gov

## **ORDER**

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition, and that said writ shall remain in effect until it has been discharged in writing by the United States Attorney's Office.

        s/ Patricia T. Morris
        Patricia T. Morris
        United States Magistrate Judge

Date:   February 29, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

REMINGTON PECK-SKILLMAN,

       Defendant.

Case No. 24-cr-20097
Judge Thomas L. Ludington
Magistrate Patricia T. Morris

_____

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

**TO:** **The Saginaw County Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer.**

Pursuant to the foregoing petition and order, you are directed to produce defendant Remington Peck-Skillman before U.S. Magistrate Judge Patricia T. Morris at the federal courthouse, 1000 Washington Avenue, Bay City, Michigan on **March 12, 2024, at 1:30 p.m.**, or any date thereafter as scheduled by the court, for his initial appearance; and you are also directed to return Remington Peck-Skillman to the facility in which he is currently incarcerated when his presence before this Court is no longer required, and upon written notification by the United States Attorney's Office that the writ may be discharged.

                                     KINIKIA D. ESSIX, Clerk of Court

                                     By: _s/ Kristen Castaneda_____
                                             Deputy Clerk

1. I have executed this Writ as directed.  Date: _____
U.S. MARSHAL'S SERVICE by: _____, Deputy Marshal

2. This Writ is returned unexecuted for the following reason:  _____.
Date: _____  U.S. MARSHAL'S SERVICE by: _____,
                                                                Deputy Marshal