UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Remington Peck-Skillman,

    Defendant.

Case No.: 24-cr-20097

Judge Thomas L. Ludington
Magistrate Judge Patricia T. Morris

## CONSENT TO ENTER GUILTY PLEA BEFORE A UNITED STATES MAGISTRATE JUDGE

The defendant voluntarily consents to permit United States Magistrate Judge Patricia T. Morris to conduct a plea hearing according to the procedures outlined in Rule 11 of the Federal Rules of Criminal Procedure. The defendant understands that if the guilty plea is accepted by United States District Judge Thomas L. Ludington, then Judge Ludington will decide whether to accept or reject any Rule 11 plea agreement and will adjudicate guilt and impose sentence.

_Remington Peck-S_      Date: 5-13-24
Remington Peck-Skillman
Defendant

_/s/ Jerome Sabbota_      Date: 5-16-2024
Jerome Sabbota
Counsel for Defendant

s/William Orr      Date: _____
William Orr
Assistant U.S. Attorney